IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01553-BNB

DONNIE EARL BROWN,

    Applicant,

v.

DICK SMELSER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A
DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On October 10, 2006, the Court ordered Applicant, Donnie Earl Brown, to show cause within thirty days why the instant habeas corpus action should not be denied for failure to exhaust state remedies as to each of his claims. On November 24, 2006, Mr. Brown submitted a response to the order to show cause that alleges that he has exhausted state remedies as to each of his asserted claims.

Therefore, the habeas corpus application will not be denied at this time for failure to exhaust state remedies. The October 10, 2006, order directing Mr. Brown to show cause will be discharged. This case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the October 10, 2006, order directing Applicant Donnie Earl Brown to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 13, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01553-BNB

Donnie Earl Brown
Prisoner No. 86678
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/13/06

GREGORY C. LANGHAM, CLERK

By: /s/
Deputy Clerk