IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01553-EWN-CBS

DONNIE EARL BROWN,
    Applicant,
v.

DICK SMELSER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,
    Respondents.

---

## ORDER EXTENDING TIME TO ANSWER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Brown's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (doc. # 3).  Pursuant to the General Order of Reference dated December 19, 2006 (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine any pretrial matter" and "to submit to me proposed recommendations for my disposition of any motion . . . to dismiss the entire action involuntarily."  On December 20, 2006, the court directed Respondents to "file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases" on or before January 18, 2007.  (*See* doc. # 12). After further review, it is now

ORDERED that the deadline for Respondents to file an Answer to the Petition is hereby extended to **February 20, 2007**.

Dated at Denver, Colorado this 27th day of December, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge