IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01553-EWN-CBS

DONNIE EARL BROWN,
    Applicant,
v.

DICK SMELSER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,
    Respondents.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Brown's "Motion to Expand the Record Under 28 USC §2254, Rule 7" (filed March 9, 2007) (doc. # 16).  Pursuant to the General Order of Reference dated December 19, 2006 (doc. # 11) and the memorandum dated March 9, 2007 (doc. # 18), this matter was referred to the Magistrate Judge.

    Pending before the court is Mr. Brown's "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254."  Mr. Brown now asks the court to expand the record "to include: (1) Applicant's declaration in support of habeas corpus relief; (2) Transcript of State of Colorado sentencing proceedings; (3) Sentencing mitigation evidence no proffered by ineffective sentencing counsel."   Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts provides that "[i]f the petition is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the petition."  The purpose of Rule 7 "is to enable the judge to dispose of some habeas petitions not dismissed on the pleadings, without the time and expense required for an evidentiary hearing." *Williams v. Schriro*, 423 F. Supp. 2d 994, 1002 (quoting Advisory Committee Notes, Rule 7, 28 U.S.C. foll. § 2254) (citation omitted).

    Here, Respondent the Attorney General of the State of Colorado has not yet been served,

no answer to the Petition has yet been filed, and the court has not yet reviewed the Petition.  At this stage of the case, Mr. Brown's request to expand the record is premature.  Accordingly,

IT IS ORDERED that Brown's "Motion to Expand the Record Under 28 USC §2254, Rule 7" (filed March 9, 2007) (doc. # 16) is DENIED without prejudice.

Dated at Denver, Colorado this 13th day of March, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge