IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01553–PAB-KLM

DONNIE EARL BROWN,

    Applicant,

v.

DICK SMELSER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

## ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **February 6, 2009**, the Clerk of the Denver District Court shall provide to this Court the original written record of Denver criminal case no. 01CR3737, *People v. Brown*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by facsimile to **(720) 865-8582** and by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Denver, Colorado 80202.

Dated: December 12, 2008

                                                BY THE COURT:

                                                s/ Kristen L. Mix
                                                U.S. Magistrate Judge
                                                Kristen L. Mix