FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 06-cv-01553 PAB-KLM

DONNIE EARL BROWN,

    Plaintiff,

v.

DICK SMELSER and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Defendants.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED May 13, 2010.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01553 PAB-KLM

Denver District Court, City and County of Denver
Denver City and County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

Donnie Earl Brown
# 86678
Kit Carson Correctional Center (KCCC)
P.O. Box 2000
Burlington, CO 80807

John D. Seidel - Colorado Attorney General's Office - Criminal Enforce-App
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/13/10  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk